Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Maine**

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Portland Duck, LLC

2. **All other names debtor used in the last 8 years**  Quack N' Cruise; Maine Duck Tours

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  99-1644124

4. **Debtor's address**

   **Principal place of business**
   Number  Street
   P O Box 1161
   Dover   NH   03821
   City   State   ZIP Code

   Strafford
   County

   **Mailing address, if different from principal place of business**
   15 Woodland Road
   Number  Street

   P.O. Box

   Dover   NH   03820
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City   State   ZIP Code

5. **Debtor's website (URL)**  https://quackncruise.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Portland Duck, LLC**　　　　　　　　　　　　　　Case number *(if known)*_____
　　　　　Name

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**4879**

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No ☐ Yes. District _____ When __/__/____ Case number _____ District _____ When __/__/____ Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No ☐ Yes. Debtor _____ Relationship _____ District _____ When __/__/____ Case number, if known _____ |

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page **2**

Debtor  Portland Duck, LLC  Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number     Street

_____
City          State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

| Debtor | Portland Duck, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/23/2025
MM / DD / YYYY

X _____  Liam MacVittie
Signature of authorized representative of debtor   Printed name

Title  Member and Manager

**18. Signature of attorney**

X  /s/ Adam R. Prescott           Date  10/24/2025
Signature of attorney for debtor        MM / DD / YYYY

Adam Prescott
Printed name
Bernstein Shur Sawyer & Nelson, P.A.
Firm name
100 Middle Street P.O. Box 9729
Number   Street
Portland                                    ME    04101
City                                        State ZIP Code

2077741200                          aprescott@bernsteinshur.com
Contact phone                       Email address

6033                                ME
Bar number                          State

## PORTLAND DUCK, LLC

### UNANIMOUS WRITTEN CONSENT OF MEMBERS AND MANAGER ACTING WITHOUT A MEETING

October 23, 2025

The undersigned, being all of the members (the "**Members**") and the manager (the "**Manager**") of Portland Duck, LLC (the "**Company**"), without a meeting based on the unanimous written consent of the Members and Manager, and in accordance with the Operating Agreement of the Company, hereby adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The Members and Manager have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Members and Manager being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Members and Manager have determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue potential sales of some or all assets and/or a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under Subchapter V of Chapter 11; and further

**RESOLVED:** That Liam MacVittie and Heidi MacVittie (each, an "**Authorized Party**"), are authorized on behalf of, and in the name of, the Company, each acting individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which

|  |  |
|---|---|
|  | they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further, |
| **RESOLVED:** | That each Authorized Party is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further, |
| **RESOLVED:** | That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company. |

PORTLAND DUCK, LLC

By: *[signature]*
Name: Liam MacVittie
Title: Member and Manager

By: *[signature]*
Name: Heidi MacVittie
Title: Member

# Balance Sheet

## Portland Duck, LLC
### As of October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Assets** | |
|  Current Assets | |
|   Bank Accounts | |
|    10000 NORWAY CHECKING (2308) | 1,535.49 |
|    10010 NORWAY SAVINGS (9504) | 51.61 |
|    10020 PORTLAND DUCK CHECKING; Chase 5971 | 7,075.02 |
|    10025 QUACKNCRUISE CHECKING | 17.51 |
|    10045 CASH DRAWER | 160.00 |
|    10160 PARTNER INVESTMENT CLEARING ACCOUNT | 0.00 |
|  **Total for Bank Accounts** | **$8,839.63** |
|   Accounts Receivable | |
|   Other Current Assets | |
|    14000 Deposits Paid | 62,050.00 |
|  **Total for Other Current Assets** | **$62,050.00** |
| **Total for Current Assets** | **$70,889.63** |
|  Fixed Assets | |
|   15500 Boat/Vehicle | 346,692.00 |
|   15501 Boat - Aina Kai | 48,681.80 |
|   15550 Boat Improvements | 52,165.35 |
|   15600 OFFICE EQUIPMENT | 2,327.44 |
|   15610 FURNITURE & FIXTURES | 973.69 |
|   15620 Small Tools | 12,894.63 |
|   15900 ACCUMULATED DEPRECIATION | -69,338.40 |
| **Total for Fixed Assets** | **$394,396.51** |
|  Other Assets | |
|   16100 Goodwill | 45,000.00 |
|   16200 Non Compete | 4,000.00 |
|   16900 ACCUMULATED AMORTIZATION | -2,177.78 |
| **Total for Other Assets** | **$46,822.22** |
| **Total for Assets** | **$512,108.36** |

# Balance Sheet

## Portland Duck, LLC
### As of October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 ACCOUNTS PAYABLE (A/P) | -50.00 |
|       **Total for Accounts Payable** | **-$50.00** |
|       Credit Cards | |
|         21040 DUCK BOATS CREDIT CARD | 24,693.54 |
|       **Total for Credit Cards** | **$24,693.54** |
|       Other Current Liabilities | |
|         21030 NORWAY LINE OF CREDIT | -594.50 |
|         21500 SHORT-TERM BUSINESS LOANS | -89.04 |
|       **Total for Other Current Liabilities** | **-$683.54** |
|     **Total for Current Liabilities** | **$23,960.00** |
|     Long-term Liabilities | |
|       60000 LONG-TERM BUSINESS LOANS | -$1,252.10 |
|         21031 NORWAY LINE OF CREDIT CONVERSION | 48,388.78 |
|         60100 NORWAY SBA LOAN | 187,017.85 |
|         60200 SBA COVID ASSUMPTION LOAN | 86,342.39 |
|       **Total for 60000 LONG-TERM BUSINESS LOANS** | **$320,496.92** |
|       61000 LONG TERM LOANS FROM PARTNERS | |
|         61200 Long-Term Loan - Heidi | |
|           61210 PARTNER LOAN BEST EGG HEIDI | 49,561.32 |
|           61220 CITI LOAN PARTNER LOAN (HEIDI) | 16,002.61 |
|           61230 PARTNER LOAN CHASE DISNEY | 38,030.94 |
|         **Total for 61200 Long-Term Loan - Heidi** | **$103,594.87** |
|       **Total for 61000 LONG TERM LOANS FROM PARTNERS** | **$103,594.87** |
|     **Total for Long-term Liabilities** | **$424,091.79** |
|   **Total for Liabilities** | **$448,051.79** |
|   Equity | |
|     90000 PARTNER INVESTMENT | |
|       90010 Partner Investment - Liam | 43,200.00 |
|       90020 Partner Investment - Heidi | 1,105,054.34 |
|       90030 Partner Investment - Quinn | 28,971.11 |
|     **Total for 90000 PARTNER INVESTMENT** | **$1,177,225.45** |
|     90100 PARTNER DISTRIBUTIONS | |
|       90110 Partner Distributions - Liam | -91.83 |
|       90120 Partner Distributions - Heidi | -2,717.00 |
|     **Total for 90100 PARTNER DISTRIBUTIONS** | **-$2,808.83** |

# Balance Sheet

## Portland Duck, LLC
### As of October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Opening balance equity | -90,841.12 |
| 90500 RETAINED EARNINGS | -371,977.84 |
| Net Income | -647,541.09 |
| **Total for Equity** | **$64,056.57** |
| **Total for Liabilities and Equity** | **$512,108.36** |

# Profit and Loss

## Portland Duck, LLC
### January 1-October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   40000 SALES | |
|     40010 Duck Boat Sales | 56,850.93 |
|     40060 Refunds | -15,998.18 |
|   **Total for 40000 SALES** | **$40,852.75** |
| **Total for Income** | **$40,852.75** |
| Cost of Goods Sold | |
| **Gross Profit** | **$40,852.75** |
| Expenses | |
|   30000 OFFICE EXPENSES | $3,886.14 |
|     30005 DB NOLA Office Lease | 28,440.00 |
|     30007 NOLA House Rent | 24,010.00 |
|     30010 Office Supplies | 9,897.47 |
|     30013 Utilities | $1,627.44 |
|       30014 Phone Service | 665.06 |
|       30015 Heating | 1,428.00 |
|       30016 Electric Bill | 5,976.47 |
|       30017 Water & Sewer | 2,784.49 |
|       30018 Internet | 1,768.71 |
|     **Total for 30013 Utilities** | **$14,250.17** |
|     300200 Uniforms | 1,614.17 |
|     30020 Printing & Photocopying | 5.35 |
|     30040 Shipping & Posting | 255.33 |
|     30060 Software & Apps | 8,449.07 |
|     30070 Hiring | 13,071.01 |
|     30072 Training | 2,810.90 |
|     30075 Memberships & Subscriptions | 520.00 |
|     30076 Bank Fees & Service Charges | 257.08 |
|     30077 Business licenses | 759.41 |
|     30078 Continuing Education | 1,212.62 |
|   **Total for 30000 OFFICE EXPENSES** | **$109,438.72** |
|   30090 MEALS (Clients & Staff Appreciation) | $1,276.19 |
|     30091 Meals with Clients | 100.62 |
|     30092 Team Meals (Team Appreciation) | 2,262.17 |
|   **Total for 30090 MEALS (Clients & Staff Appreciation)** | **$3,638.98** |
|   31000 ADVERTISING & MARKETING | 44,553.81 |

# Profit and Loss

## Portland Duck, LLC
### January 1-October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 32000 TRAVEL | |
|   32100 Airfare | 3,692.23 |
|   32200 Hotels | 8,815.77 |
|   32250 Travel Meals | 1,598.23 |
|   32300 Taxis or shared rides | 383.49 |
|   32400 Vehicle rental | 2,951.91 |
| **Total for 32000 TRAVEL** | **$17,441.63** |
| 33000 LEGAL & ACCOUNTING SERVICES | $506.24 |
|   33020 Legal Fees | 13,997.42 |
| **Total for 33000 LEGAL & ACCOUNTING SERVICES** | **$14,503.66** |
| 34000 INSURANCE | |
|   34010 Business Insurance | 589.00 |
|   34045 Unemployment Insurance | 383.34 |
| **Total for 34000 INSURANCE** | **$972.34** |
| 36000 TAXES PAID | $2,149.70 |
|   36100 Property Taxes | 836.02 |
| **Total for 36000 TAXES PAID** | **$2,985.72** |
| 40017 Contract labor | 2,422.36 |
| 50100 DUCK BOAT RENT PARKING/STORAGE | 6,225.00 |
| 50112 Duck Boat Launchs | 32.76 |
| 60300 INTEREST PAID | $3,234.52 |
|   60340 Mortgage Interest | 12,055.55 |
| **Total for 60300 INTEREST PAID** | **$15,290.07** |
| 62000 PAYROLL EXPENSES | $14,905.94 |
|   40015 Gross Wage Expense - Team Members | 167,319.99 |
|   40030 PAYROLL TAXES | 33,649.12 |
|   62010 Gross Wage Expense - Managers | 20,614.40 |
| **Total for 62000 PAYROLL EXPENSES** | **$236,489.45** |
| Employee benefits | |
|   34050 Workers' Compensation Insurance | 5,189.22 |
| **Total for Employee benefits** | **$5,189.22** |
| Office Supplies & Software | 29.57 |
| Supplies | 20.79 |
| **Total for Expenses** | **$459,234.08** |
| **Net Operating Income** | **-$418,381.33** |
| Other Income | |
|   20320 INTEREST EARNED | 0.85 |
| **Total for Other Income** | **$0.85** |
| Other Expenses | |
|   30079 PENALTIES & SETTLEMENTS | 5,000.00 |

# Profit and Loss

## Portland Duck, LLC
### January 1-October 9, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 50000 DUCK BOAT EXPENSES | $786.00 |
| 50005 Duck Boat Deposit | 25,000.00 |
| 50010 Vehicle Gas & Fuel | 8,081.73 |
| 50015 DUCK Lease | 35,000.00 |
| 50020 Parking & Tolls | 362.53 |
| 50025 DUCK Transportation | 8,424.00 |
| 50050 Vehicle Insurance | 32,458.94 |
| 50060 Vehicle Registration | 888.92 |
| 50080 Vehicle Repairs & Maintenance | $9,843.48 |
| 50081 Aina Kai Repairs & Maintenance | 73,856.96 |
| 50082 Bufflehead Repairs & Maintenance | 27,157.04 |
| **Total for 50080 Vehicle Repairs & Maintenance** | **$110,857.48** |
| **Total for 50000 DUCK BOAT EXPENSES** | **$221,859.60** |
| Reconciliation Discrepancies | 2,301.01 |
| **Total for Other Expenses** | **$229,160.61** |
| **Net Other Income** | **-$229,159.76** |
| **Net Income** | **-$647,541.09** |

## Statement of Cash Flows

### Portland Duck, LLC
#### January 1-October 9, 2025

| FULL NAME | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -647,541.09 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   20000 ACCOUNTS PAYABLE (A/P) | -50.00 |
|   21030 NORWAY LINE OF CREDIT | -48,769.86 |
|   21040 DUCK BOATS CREDIT CARD | 13,406.06 |
|   21500 SHORT-TERM BUSINESS LOANS | -89.04 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$35,502.84** |
| **Net cash provided by operating activities** | **-$683,043.93** |
| **INVESTING ACTIVITIES** | |
|   15600 OFFICE EQUIPMENT | -2,327.44 |
|   15610 FURNITURE & FIXTURES | -973.69 |
|   15620 Small Tools | -12,894.63 |
| **Net cash provided by investing activities** | **-$16,195.76** |
| **FINANCING ACTIVITIES** | |
|   21031 LONG-TERM BUSINESS LOANS:NORWAY LINE OF CREDIT CONVERSION | 48,388.78 |
|   60000 LONG-TERM BUSINESS LOANS | -1,252.10 |
|   60100 LONG-TERM BUSINESS LOANS:NORWAY SBA LOAN | -10,381.54 |
|   60200 LONG-TERM BUSINESS LOANS:SBA COVID ASSUMPTION LOAN | -4,100.03 |
|   61210 LONG TERM LOANS FROM PARTNERS:Long-Term Loan - Heidi:PARTNER LOAN BEST EGG HEIDI | 49,561.32 |
|   61220 LONG TERM LOANS FROM PARTNERS:Long-Term Loan - Heidi:CITI LOAN PARTNER LOAN (HEIDI) | -9,806.40 |
|   61230 LONG TERM LOANS FROM PARTNERS:Long-Term Loan - Heidi:PARTNER LOAN CHASE DISNEY | 38,030.94 |
|   90020 PARTNER INVESTMENT:Partner Investment - Heidi | 594,576.12 |
|   90030 PARTNER INVESTMENT:Partner Investment - Quinn | 28,971.11 |
|   90110 PARTNER DISTRIBUTIONS:Partner Distributions - Liam | -31.65 |
|   90120 PARTNER DISTRIBUTIONS:Partner Distributions - Heidi | -2,717.00 |
|   Opening balance equity | -90,841.12 |
| **Net cash provided by financing activities** | **$640,398.43** |
| **NET CASH INCREASE FOR PERIOD** | **-$58,841.26** |
| **Cash at beginning of period** | **$67,680.89** |
| **CASH AT END OF PERIOD** | **$8,839.63** |

Document   Page 14 of 16

Schedule E (Form 1040) 2024     Attachment Sequence No. 13     Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**HEIDI E. MACVITTIE**

Your social security number:

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

Note: If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you must check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (f) on line 28 and attach Form 6198. See instructions.

27. Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ......... [X] Yes [ ] No

28.

| (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A  PORTLAND DUCK LLC | P | | 99-1644124 | | |
| B  BUSINESS USE OF HOME | P | | 99-1644124 | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 370,249. | | |
| B | | | 119. | | |
| C | | | | | |
| D | | | | | |

29a Totals

b Totals    370,368.

30. Add columns (h) and (k) of line 29a ......... **30**

31. Add columns (g), (i), and (j) of line 29b ......... **31** ( 370,368. )

32. Total partnership and S corporation income or (loss). Combine lines 30 and 31 ......... **32** -370,368.

### Part III — Income or Loss From Estates and Trusts

33.

| (a) Name | (b) Employer identification number |
|---|---|
| A | |
| B | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

34a Totals

b Totals

35. Add columns (d) and (f) of line 34a ......... **35**
36. Add columns (c) and (e) of line 34b ......... **36** ( )
37. Total estate and trust income or (loss). Combine lines 35 and 36 ......... **37**

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

38.

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

39. Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ......... **39**

### Part V — Summary

40. Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ......... **40**

41. Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ......... **41** -370,368.

42. Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions. **42**

43. Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules ......... **43**

421501 10-25-24     Schedule E (Form 1040) 2024

INCOME FROM PASSTHROUGH STATEMENT, PAGE 1 — 2024

**SCHEDULE E**
Name: HEIDI E. MACVITTIE
Passthrough Partnership: PORTLAND DUCK LLC
ID: 99-1644124
SSN/EIN: TAXPAYER

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | -370,249. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | -370,249. | | | | | | | -370,249. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | 119. | | | | | | | 119. |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | -370,368. | | | | | | | -370,368. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

421551 04-01-24

INCOME FROM PASSTHROUGH STATEMENT, PAGE 2                                2024

**SCHEDULE E**
Name: HEIDI E. MACVITTIE
Passthrough: PORTLAND DUCK LLC
PARTNERSHIP
ID: 99-1644124
SSN/EIN: TAXPAYER

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | -370,249. | | | | | | | -370,249. |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |
| **FORM 8995** | | | | | | | | |
| Qualified business income | | | | | | | | |
| Qualified service income | | | | | | | | |
| Section 199A W-2 wages | | | | | | | | |
| Section 199A unadjusted basis | | | | | | | | |

421552 04-01-24