United States Bankruptcy Court
District of Maine

In re: Portland Duck, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: __10/24/2025__

_____
Signature of Individual signing on behalf of debtor

__Co Owner__
Position or relationship to debtor

Casco Bay Craftsman
93 Lincoln Street
South Portland, ME 04106


Charles Ince
8601 Leake Avenue
New Orleans, LA 70118


DuckVentures, LLC
720 South Street
#728
Honolulu, HI 96813


Heidi MacVittie
P.O. Box 1161
Dover, NH 03821


J.P. Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Liam MacVittie
P.O. Box 1161
Dover, NH 03821


Louisiana Department of Revenue
1450 Poydras Street
Suite 800
New Orleans, LA 70112


Maine Revenue Services
51 Commerce Drive
Augusta, ME 04333

Maritime Law Hawaii, LLC
Attn: Andrew N. Porter, Esq.
P.O. Box 1873
Honolulu, HI 96805


Marrero Land and Improvement Association, Ltd.
Attn: David Baker
5201 WestBank Expressway, Suite 400
Marrero, LA 70072


Norway Savings Bank
P.O. Box 347
Norway, ME 04268


Office of the U.S. Trustee
Attn: Ann Marie Dirsa, Esq.
53 Pleasant Street, Suite 2300
Concord, NH 03301


Office of the U.S. Trustee
Attn: Sandra Nicholls, Esq.
1 Exchange Terrace, Suite 431
Providence, RI 02903


Quinn MacVittie
P.O. Box 1161
Dover, NH 03821


U.S. Small Business Administration
14926 Kingsport Rd
Fort Worth, TX 76155