**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PORTLAND DUCK, LLC,** | **Case No. 25-10205** |
| **Debtor.** | |

## NOTICE OF HEARING

Portland Duck, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the *Motion of Debtor for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing the Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and SuperPriority Claims; (IV) Granting Adequate Protection; (V) Granting Request for Expedited Determination and Request for Limitation of Notice Regarding the First Hearing Thereon; and (VI) Scheduling a Final Hearing* [Dkt. No. 13] (the "**Motion**") on October 29, 2025.

Pursuant to the Second Final Cash Collateral Order [Dkt. No. 85], a continued final hearing on the Motion will take place at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine, on **February 26, 2026, at 1:00 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video form the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. However, any party that intends to put on evidence in support of or in opposition to the Motion, or to examine a witness, must appear in the courtroom in Bangor. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the continued relief under the Motion, then on or before **February 25, 2026**, you or your attorney must file a written response explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the continued relief under the Motion and may enter an order granting some or all of the requested relief without further notice or hearing.

Dated:    January 29, 2026            Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession